AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Boasberg, James E. | U.S. District Court, District of Columbia | 09/01/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge -- Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 01/01/2016<br>to<br>12/31/2016 |

**7. Chambers or Office Address**

U.S. Courthouse
333 Constitution Ave. NW
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | St. Albans School Governing Board |
| 2. | President | Edward Bennett Williams Inn of Court |
| 3. | Trustee | Trust #1 |
| 4. | Vice President | Lawyers' Club of Washington |
| 5. | Director | Federal Judges Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Self-Employed Business Consultant |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale University | Oct. 13-14, 2016 | New Haven, CT | Speaking to Law School Group | Transportation, hotel |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sidwell Friends School | Tuition | K |
| 2. | Brown University | Tuition | L |
| 3. | National Cathedral School | Tuition | K |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. State Street Equity Index Fund - A | | None | L | T | Buy (add'l) | 05/09/16 | K | | |
| 2. State Street Equity Index Fund - B | | None | M | T | Buy (add'l) | 05/09/16 | K | | |
| 3. State Street Equity Index Fund - C | | None | M | T | Buy (add'l) | 05/09/16 | K | | |
| 4. | | | | | | | | | |
| 5. Brokerage Account #1 | | | | | | | | | |
| 6. --BRKA/B | | None | M | T | | | | | |
| 7. --PCP | A | Dividend | | | Sold | 2/1/2016 | L | E | |
| 8. --INTC | C | Dividend | L | T | | | | | |
| 9. --LLTC | B | Dividend | | | Sold | 11/21/16 | L | E | |
| 10. --VRX | | None | | | Sold | 9/1/16 | J | | |
| 11. --MSFT | C | Dividend | M | T | | | | | |
| 12. --MCO | A | Dividend | K | T | | | | | |
| 13. --PG | C | Dividend | L | T | | | | | |
| 14. --WAG | B | Dividend | L | T | | | | | |
| 15. --WU | A | Dividend | J | T | | | | | |
| 16. --Fidelity US Treasury Money Market | A | Int./Div. | M | T | | | | | |
| 17. Brokerage Account #2 (IRA) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --INTC | B | Dividend | K | T | | | | | |
| 19.  --JNJ | C | Dividend | M | T | | | | | |
| 20.  --LLTC | C | Dividend | | | Sold | 11/25/16 | M | G | |
| 21.  --MSFT | C | Dividend | M | T | | | | | |
| 22.  --PG | B | Dividend | L | T | | | | | |
| 23.  --WAG | B | Dividend | L | T | | | | | |
| 24.  --WU | A | Dividend | J | T | | | | | |
| 25.  --Fidelity Cash/Money Market | A | Int./Div. | M | T | | | | | |
| 26.  Brokerage Account #3 (IRA) | | | | | | | | | |
| 27.  --BRKA/B | | None | O | T | | | | | |
| 28. | | | | | | | | | |
| 29.  --JNJ | D | Dividend | M | T | | | | | |
| 30.  --LLTC | C | Dividend | | | Sold | 11/21/16 | M | E | |
| 31.  --MSFT | C | Dividend | M | T | | | | | |
| 32.  --PG | C | Dividend | L | T | | | | | |
| 33.  --WAG | B | Dividend | L | T | | | | | |
| 34.  --WU | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Fidelity Cash/Money Market | A | Int./Div. | N | T | | | | | |
| 36. Brokerage Account #4 (Trust) | | | | | | | | | |
| 37. --BRKB | | None | K | T | | | | | |
| 38. | | | | | | | | | |
| 39. --INTC | A | Dividend | J | T | | | | | |
| 40. --JNJ | A | Dividend | K | T | | | | | |
| 41. --LLTC | A | Dividend | | | Sold | 11/21/16 | K | D | |
| 42. --PCP | A | Dividend | | | Sold | 2/1/16 | J | B | |
| 43. --VRX | | None | | | Sold | 9/1/16 | J | | |
| 44. --MSFT | A | Dividend | K | T | | | | | |
| 45. --MCO | A | Dividend | J | T | | | | | |
| 46. --PG | A | Dividend | J | T | | | | | |
| 47. --WAG | A | Dividend | J | T | | | | | |
| 48. | | | | | | | | | |
| 49. --Fidelity Municipal Money Market | A | Int./Div. | L | T | | | | | |
| 50. Brokerage Account #5 (Trust A) | | | | | | | | | |
| 51. --BRKB | | None | L | T | Sold (part) | 05/12/16 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --INTC | A | Dividend | K | T | Buy | 5/17/16 | J | | |
| 53. --JNJ | A | Dividend | K | T | | | | | |
| 54. --LLTC | A | Dividend | | | Sold | 11/22/16 | K | D | |
| 55. --MDT | A | Dividend | K | T | | | | | |
| 56. --MC0 | A | Dividend | K | T | Sold (part) | 05/12/16 | J | D | |
| 57. --PG | A | Dividend | K | T | | | | | |
| 58. --WAG | A | Dividend | K | T | | | | | |
| 59. --MSFT | B | Dividend | L | T | | | | | |
| 60. --Fidelity Municipal Money Market | A | Int./Div. | K | T | | | | | |
| 61. Brokerage Account #6 (Trust K) | | | | | | | | | |
| 62. --BRKB | | None | L | T | Sold (part) | 05/12/16 | J | D | |
| 63. | | | | | | | | | |
| 64. --INTC | A | Dividend | K | T | | | | | |
| 65. --JNJ | A | Dividend | K | T | | | | | |
| 66. --LLTC | A | Dividend | | | Sold | 11/22/16 | K | D | |
| 67. --MDT | A | Dividend | K | T | | | | | |
| 68. --MSFT | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. --MCO | A | Dividend | K | T | Sold (part) | 05/12/16 | J | D | |
| 70. --PG | A | Dividend | K | T | | | | | |
| 71. --WAG | A | Dividend | K | T | | | | | |
| 72. --VRX | | None | | | Sold | 9/1/16 | J | | |
| 73. --Fidelity Municipal Money Market | A | Int./Div. | K | T | | | | | |
| 74. Brokerage Account #7 (Trust D) | | | | | | | | | |
| 75. --VRX | | None | | | Sold | 9/1/16 | J | | |
| 76. --BRKB | | None | K | T | | | | | |
| 77. | | | | | | | | | |
| 78. --JNJ | A | Dividend | K | T | | | | | |
| 79. --LLTC | A | Dividend | | | | | | | |
| 80. --MSFT | A | Dividend | J | T | | | | | |
| 81. --MCO | A | Dividend | J | T | Sold (part) | 05/12/16 | J | D | |
| 82. --PG | A | Dividend | K | T | | | | | |
| 83. --WAG | A | Dividend | J | T | | | | | |
| 84. --Fidelity Municipal Money Market | A | Int./Div. | K | T | | | | | |
| 85. Rental Property #1, Washington, DC | C | Rent | O | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Wells Fargo Bank | A | Interest | L | T | | | | | |
| 87. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 88. Wells Fargo Bank | A | Interest | J | T | | | | | |
| 89. Wedding Wire | | None | L | U | | | | | |
| 90. Note Receivable -- 705 King St. LLC | C | Interest | K | T | Redeemed (part) | 04/08/16 | K | | |
| 91. Armstrong Equity Partners | | None | M | U | | | | | |
| 92. | | | | | | | | | |
| 93. | | | | | | | | | |
| 94. | | | | | | | | | |
| 95. E. 6th St., LLC | A | Distribution | J | W | | | | | |
| 96. DAG, LLC | | None | | | Sold | 09/30/16 | J | A | |
| 97. Bedrock Billiards, LLP | A | Distribution | J | W | | | | | |
| 98. Buffalo Billiards, LLP | C | Distribution | J | W | | | | | |
| 99. Carpool, LLP | D | Distribution | | | Sold | 11/11/16 | M | G | |
| 100. Buffalo Billiards (TN), LLP | A | Distribution | J | W | | | | | |
| 101. Buffalo Billiards (TX), LLP | | None | J | W | | | | | |
| 102. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | | | | | |
| 104. | | | | | | | | | |
| 105. Brokerage Account #8 | | | | | | | | | |
| 106. --KKD | | None | J | T | | | | | |
| 107. -- ETrade bank Money Market | A | Int./Div. | J | T | | | | | |
| 108. Brokerage Account #9 | | | | | | | | | |
| 109. --LOW | A | Dividend | J | T | | | | | |
| 110. --Etrade Bank Money Market | A | Int./Div. | J | T | | | | | |
| 111. Brokerage Account #10 | | | | | | | | | |
| 112. --LOW | A | Dividend | J | T | | | | | |
| 113. --Etrade Bank Money Market | A | Int./Div. | J | T | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. Brokerage Account #11 (Trust) | | | | | | | | | |
| 119. --PG | B | Dividend | K | T | Buy | 05/12/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  --MSFT | B | Dividend | L | T | | | | | |
| 121.  --MCO | A | Dividend | K | T | | | | | |
| 122.  --BRKB | | None | M | T | | | | | |
| 123.  --WU | A | Dividend | J | T | | | | | |
| 124.  --MDT | A | Dividend | K | T | | | | | |
| 125.  --JNJ | B | Dividend | L | T | | | | | |
| 126.  --WAG | A | Dividend | K | T | | | | | |
| 127.  --LLTC | B | Dividend | | | Sold | 11/21/16 | L | E | |
| 128.  --Schwab Money Market Fund | A | Int./Div. | L | T | | | | | |
| 129.  Brokerage Account #8 (cont.) | | | | | | | | | |
| 130.  --AAPL | A | Dividend | J | T | | | | | |
| 131.  --CRM | | None | J | T | | | | | |
| 132.  Brokerage Account #9 (cont.) | | | | | | | | | |
| 133.  --AAPL | A | Dividend | J | T | | | | | |
| 134.  --CRM | | None | J | T | | | | | |
| 135.  Brokerage Account #10 (cont.) | | | | | | | | | |
| 136.  --AAPL | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. --CRM | | None | J | T | | | | | |
| 138. Brokerage Account #12 | | | | | | | | | |
| 139. --ARTIX | A | Dividend | K | T | | | | | |
| 140. --CSRSX | A | Dividend | L | T | Buy (add'l) | 03/18/16 | L | | |
| 141. --DISVX | C | Dividend | L | T | Buy (add'l) | 03/18/16 | K | | |
| 142. --DFREX | B | Dividend | L | T | Buy (add'l) | 03/18/16 | K | | |
| 143. --DFLVX | D | Dividend | M | T | Buy (add'l) | 03/21/16 | M | | |
| 144. --DFUSX | C | Dividend | M | T | Buy (add'l) | 03/18/16 | M | | |
| 145. --DFFVX | D | Dividend | N | T | Buy (add'l) | 03/18/16 | M | | |
| 146. --HAINX | B | Dividend | L | T | Buy (add'l) | 03/18/16 | L | | |
| 147. --PCRIX | A | Dividend | J | T | | | | | |
| 148. --PFORX | A | Dividend | L | T | Buy (add'l) | 03/18/16 | L | | |
| 149. --LTMIX | A | Dividend | O | T | Buy (add'l) | 7/28/16 | N | | |
| 150. --Schwab Money Market Fund | A | Int./Div. | J | T | | | | | |
| 151. Brokerage Account #2 (cont.) | | | | | | | | | |
| 152. --VRX | | None | | | Sold | 9/7/2016 | J | | |
| 153. Brokerage Account #3 (cont.) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. --VRX | | None | | | Sold | 9/7/16 | J | | |
| 155. --PCP | A | Dividend | | | Sold | 2/1/16 | L | E | |
| 156. Brokerage Account #5 (cont.) | | | | | | | | | |
| 157. --VRX | | None | | | Sold | 9/1/16 | J | | |
| 158. --PCP | A | Dividend | | | Sold | 2/1/16 | K | C | |
| 159. Brokerage Account #6 (cont.) | | | | | | | | | |
| 160. --PCP | A | Dividend | | | Sold | 2/1/16 | K | C | |
| 161. Brokerage Account #7 (cont.) | | | | | | | | | |
| 162. --PCP | A | Dividend | | | Sold | 2/1/16 | J | B | |
| 163. Brokerage Account #11 (cont.) | | | | | | | | | |
| 164. --VRX | | None | | | Sold | 9/1/16 | J | | |
| 165. --PCP | A | Dividend | | | Sold | 02/1/16 | K | D | |
| 166. Brokerage Account #12 (cont.) | | | | | | | | | |
| 167. --ALRM | | None | N | T | Sold (part) | 1/12/16 | P1 | H1 | |
| 168. --CSGP | | None | L | T | Buy | 7/6/16 | L | | |
| 169. --Schwab Money Market/Cash | A | Int./Div. | N | T | | | | | |
| 170. --FB | | None | L | T | Buy | 12/19/16 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. --NFLX | | None | K | T | Buy | 05/11/16 | K | | |
| 172. --NKE | A | Dividend | K | T | Buy | 7/6/16 | K | | |
| 173. --SHOP | | None | L | T | Buy | 05/11/16 | K | | |
| 174. --TSLA | | None | K | T | Buy | 5/11/16 | K | | |
| 175. --SGOIX | B | Dividend | L | T | Buy | 03/18/16 | L | | |
| 176. --LNKD | | None | | | Sold | 12/8/16 | K | E | |
| 177. --LNKD | | None | | | Buy | 5/11/16 | K | | |
| 178. --GOOG | | None | L | T | Buy | 12/28/16 | L | | |
| 179. --TWOU | | None | K | T | Buy | 12/28/16 | K | | |
| 180. | | | | | | | | | |
| 181. | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. | | | | | | | | | |
| 184. | | | | | | | | | |
| 185. Brokerage Account #8 (cont.) | | | | | | | | | |
| 186. --CMG | | None | J | T | Buy | 03/10/16 | J | | |
| 187. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Brokerage Account #9 (cont.) | | | | | | | | | |
| 189.  --CMG | | None | J | T | Buy | 03/10/16 | J | | |
| 190.  Brokerage Account #10 (cont.) | | | | | | | | | |
| 191.  --CMG | | None | J | T | Buy | 03/10/16 | J | | |
| 192. | | | | | | | | | |
| 193.  Brokerage Account #13 (SEP) | | | | | | | | | |
| 194.  --DFUSX | A | Dividend | K | T | Buy | 05/06/16 | K | | |
| 195.  --DFFVX | B | Dividend | K | T | Buy | 05/06/16 | K | | |
| 196. | | | | | | | | | |
| 197. | | | | | | | | | |
| 198.  Brokerage Account #14 (IRA) | | | | | | | | | |
| 199.  --ARTIX | A | Dividend | J | T | | | | | |
| 200.  --CSRSX | A | Dividend | J | T | | | | | |
| 201.  --DISVX | A | Dividend | J | T | | | | | |
| 202.  --DFLVX | A | Dividend | J | T | | | | | |
| 203.  --DFFVX | A | Dividend | J | T | | | | | |
| 204.  --MWTIX | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  --HAINX | A | Dividend | J | T | | | | | |
| 206.  --DFUSX | A | Dividend | | | Sold | 10/03/16 | J | A | |
| 207. | | | | | | | | | |
| 208. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boasberg, James E. | 09/01/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

\*The rental property listed in Part VII, line 85, has an assessed value of $3.23 million.  I own 25%.

\*Brokerage account #14 is an IRA inherited by ⬛⬛⬛⬛ .

\*PCP at line 7 was purchased on 7/10/15 for L amount and should have been included in the 2015 Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James E. Boasberg**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544